Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  Suite 20
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
DONAVAN KALOB WHITEHEAD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| DONAVAN KALOB WHITEHEAD,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. ED CV 21-01426-SK<br><br>ORDER FOR THE AWARD AND<br>PAYMENT OF ATTORNEY FEES<br>AND EXPENSES PURSUANT TO THE<br>EQUAL ACCESS TO JUSTICE ACT |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $5,500.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:   June 7, 2022

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE